STATE v. ELLIOTT

No. 157 PC.

Case below: 41 N.C. App. 192.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 July 1979.

STATE v. EUTSLER

No. 181 PC.

Case below: 41 N.C. App. 182.

Petition by defendants for discretionary review under G.S. 7A-31 denied 28 June 1979.

STATE v. HENLEY

No. 149 PC.

Case below: 40 N.C. App. 629.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 June 1979.

STATE v. JEFFERIES and STATE v. PERSON

No. 174 PC.

Case below: 41 N.C. App. 95.

Application by defendant Person for further review denied 28 June 1979.

STATE v. JONES

No. 183 PC.

Case below: 41 N.C. App. 192.

Petition by defendant for discretionary review under G.S. 7A-31 allowed. Case No. 78-CRS-376 remanded for resentencing 28 June 1979.